UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

TRAVIS DEMOUCHET                          :          DOCKET NO. 6:22-cv-04126

VERSUS                                    :          JUDGE JAMES D. CAIN, JR.

DOVER BAY SPECIALTY
INSURANCE CO., ET AL.                     :          MAGISTRATE JUDGE KAY


**JUDGMENT**


For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. #19], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. #19] is **ADOPTED.** Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 9] be **GRANTED,** and that this matter and all of plaintiff's claims against Dover Bay Specialty Insurance Co., State Farm Fire & Casualty Co., and State Farm General Insurance Co., be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 24th day of January, 2024.


_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE


- 1 -